John Siegal
Richard J. Bernard
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Appellant Metavante Corporation*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| METAVANTE CORPORATION, <br><br> Appellant, <br><br> v. <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Appellees. | Case No. 09 CIV. 09839 (JSR) |

## NOTICE OF FILING OF APPELLANT'S COMPILATION OF SOURCES CITED IN BRIEF ON APPEAL AND REPLY BRIEF ON APPEAL

Appellant Metavante Corporation respectfully submits its Compilation of Sources Cited in Brief on Appeal and Reply Brief on Appeal, attached hereto as <u>Exhibit A</u>, and related Certificate of Service, attached hereto as <u>Exhibit B</u>.

| | | |
|---|---|---|
| Dated: | New York, New York <br> January 29, 2010 | By:   */s/ Richard J. Bernard* <br> Baker & Hostetler LLP <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 <br> John Siegal <br> Richard J. Bernard <br><br> *Attorneys for Appellant Metavante Corporation* |